# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN KIIHNE, On Behalf of Herself and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>NBTY, INC., a Delaware corporation, and NATURE'S BOUNTY, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:17-CV-01621-WBS-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: July 25, 2017 |

Having read and considered the Joint Stipulation to Extend Time to Respond to Complaint, and good cause appearing therefore, the Court **GRANTS** the parties' joint stipulation. Defendants shall have an additional 28 days to respond to Plaintiff's Complaint and until 30 days after the filing of an amended Complaint to answer or otherwise respond to the amended Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

*Dated: August 15, 2017*

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE