1  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
2  PATRICIA N. SYVERSON (CA SBN 203111)
   MANFRED P. MUECKE (CA SBN 222893)
3  600 W. Broadway, Suite 900
   San Diego, CA 92101
4  psyverson@bffb.com
   mmuecke@bffb.com
5  Telephone: (619) 798-4593

6  BONNETT, FAIRBOURN, FRIEDMAN
   & BALINT, P.C.
7  Elaine A. Ryan (*To be Admitted Pro Hac Vice*)
   Carrie A. Laliberte (*To be Admitted Pro Hac Vice*)
8  2325 E. Camelback Rd., Suite 300
   Phoenix, AZ 85016
9  eryan@bffb.com
   claliberte@bffb.com
10 Telephone: (602) 274-1100

11 *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN KIIHNE, On Behalf of Herself and the General Public,<br><br>Plaintiff,<br><br>v.<br><br>NBTY, INC., a Delaware corporation, and NATURE'S BOUNTY, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:17-CV-01621-WBS-AC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: July 25, 2017 |

Pursuant to Federal Rule of Civil Procedure, Rules 41(a)(1)(A)(i) and 23(e), Plaintiff Megan Kiihne voluntarily dismisses her claims against Defendants NBTY, Inc. and Nature's Bounty, Inc. in the above captioned action. Defendants have not yet served either an answer to Plaintiff's Complaint or a motion for summary judgment. Plaintiff's dismissal is without prejudice pursuant to Rule 41(a)(1)(B).

Dated: August 28, 2017

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**

*/s/Patricia N. Syverson*
Patricia N. Syverson (203111)
Manfred P. Muecke (222893)
600 W. Broadway, Suite 900
San Diego, CA 92101
psyverson@bffb.com
mmuecke@bffb.com
Telephone:  (619) 798-4593

**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
Elaine A. Ryan *(To be Admitted Pro Hac Vice)*
Carrie A. Laliberte *(To be Admitted Pro Hac Vice)*
2325 E. Camelback Rd., Suite 300
Phoenix, AZ 85016
eryan@bffb.com
claliberte@bffb.com
Telephone:  (602) 274-1100

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on August 28, 2017.

/s/*Patricia N. Syverson*
Patricia N. Syverson (203111)
BONNETT FAIRBOURN FRIEDMAN
& BALINT, P.C.
600 W. Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 798-4593

2